**ATTORNEY GRIEVANCE COMMISSION**       \*      **IN THE**
**OF MARYLAND**

                                                   \*     **COURT OF APPEALS**

                                                   \*     **OF MARYLAND**

**v.**

                                                   \*     **Misc. Docket AG No. 34**

**TERRANCE JAMES SHANAHAN**             \*     **September Term, 2021**

**ORDER**

Upon consideration of the Joint Petition for 60-Day Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Terrance James Shanahan, it is this 25th day of October, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Terrance James Shanahan, be suspended from the practice of law in the State of Maryland for 60 days, effective immediately, for engaging in professional misconduct that violated Rules 1.1, 1.3, 1.4, 1.15(a), 3.1 and 8.4(a) and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Terrance James Shanahan from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



                                         /s/ Robert N. McDonald
                                              Senior Judge

Suzanne C. Johnson, Clerk